Case 1:25-cv-00717-RP   Document 26   Filed 06/16/25   Page 1 of 3

FILED
June 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____DM_____
                      DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

Civil Action Number 1:25 CV 00717

PAMELA DESOMOV, aka PAMELA JOY DE SOMOV, aka PAM DE SOMOV, aka PAMELA DE SOMOV, aka PAMELA SOMOV, aka PAM DESOMOV, aka DEE SOMOV, aka DEE DE SOMOV, aka DEE DEE SOMOV, aka PAMELA SPENCER aka PAM SPENSER aka PAMELA JOY POLLACK,  aka PAM POLLACK, aka PAMELA JOY WESTERLINE, aka PAMELA WESTERLINE aka PAM WESTERLINE, aka LAURENT GELBART, aka LAURIE GELBART, aka LAUREN DECKER, aka JUANITA NANCY SIMS, aka JUANITA SIMS, aka NANCY SIMS, aka CHRIS DE SOMOV, aka CHRISTINE DE SOMOV, aka CHRISSY DE SOMOV, aka CHRISTOPHER DE SOMOV, aka NICKY DESOMOV, aka NICOLE DE SOMOV, aka NICHOLAS DE SOMOV, aka PAMELA WRIGHT, aka PAM WRIGHT, aka PAMELA SOMOV SPENCER, aka, PAMELA JOY SOMOV SPENCER, aka PAM SOMOV SPENCER

Plaintiff

VS

Julie Barnes and Margaret Sano

Defendants

**ANSWER TO JUDICIAL NOTICE REGARDING ELECTRONIC SERVICE AND DEFENDANTS' PARTICIPATION**

    I.    **BACKGROUND**

*Neither Defendant has been personally served to Plaintiff's knowledge, both have voluntarily appeared and are actively participating in this case.*

De Somov also made a bad faith effort to the United States District Court for the Western District of Texas and the US Marshals by giving an old address for Barnes. In April 2025 de Somov called Officer Weiner of the City of Lockport Police and gave an address for Barnes of 40 Webb Street, Lockport, NY 14094. On her May 12, 2025 complaint she gave an old mailing address for Barnes, 9495 Bent Grass Run, Clarence Center, NY 14032 where Barnes is able to retrieve mail and would need to take off work to recover a mailing. De Somov also made a bad faith effort for Sano's address. Sano never lived at nor received mail at the address submitted.

*In their filings, both Defendants listed P.O. Box 470, East Amherst, NY 14051 as their mailing address. Neither Defendant has disclosed a physical residential or business address.*

The address de Somov is using to file in this case is 2831 Eldorado Parkway SUITE 103 PMB 203, Frisco, TX 75033 which is a UPS Store and not a legal residence.

*Plaintiff has served all documents electronically to the following known and previously used email addresses:*

- *Julie Barnes – JulieSCV@gmail.com*

- *Margaret Sano – Sano425@yahoo.com*

*Plaintiff affirms that both Defendants are monitoring the docket and are receiving electronic service, as evidenced by the timing and content of their submissions.*
*Request Regarding Physical Address for Service Pursuant to Federal Rule of Civil Procedure 4(e), personal service typically requires a physical address, not a P.O. Box.*

The address de Somov is using to file in this case is 2831 Eldorado Parkway SUITE 103 PMB 203, Frisco, TX 75033 which is a UPS Store and not a legal residence.

Plaintiff states she has two residents she could use the address of one or the other.

The Plaintiff has served the Defendants by email which is not a recognized method to serve a Court Summons. De Somov needs to use the U.S. Marshals, The United States Postal Service or a Process Server. Defendants have monitored the docket however have not been served.

_____
Julie Barnes
Pro Se Defendant
PO Box 470
East Amherst, NY 14051
juliescv@gmail.com
(818) 331-0048

_____
Margaret Sano
Pro Se Defendant
PO Box 470
East Amherst, NY 14051
sano425@yahoo.com
(585) 643-9699