# EXHIBIT A

Cease and Desist Letter from Travis County Sheriff

Dated December 7, 2023



| ANTHONY JOHNSON<br>Chief Deputy | **SALLY HERNANDEZ**<br>TRAVIS COUNTY SHERIFF<br>P.O. Box 1748<br>Austin, Texas 78767<br>(512) 854-9770<br>www.tcsheriff.org | RAUL BANASCO<br>Major – Corrections<br><br>WILLIAM POOLE<br>Major – Law Enforcement<br><br>CRAIG SMITH<br>Major - Administration & Support |
|---|---|---|

**Date:  12/07/2023**
**Case number   23-3300234**
**Attention:  Julie Ann Barnes**

This letter is being sent to inform you that a police report, to which you are party, has been made with the Travis County Sheriff's Office and has been assigned to the Criminal Investigations Unit.  The report entitled **Harassment** has been initiated by **Pamela Desomov** whom alleges that you have engaged in a continuous pattern of potentially unlawful civil and/or criminal conduct against them.  This letter is in response to the alleged conduct which includes, but is not limited to electronic communication/harassment of the victim and the victim's family.

This reported behavior and actions have resulted in the opening of a criminal investigation that could result in **criminal charges** being filed against you.  The victim has reported that your alleged conduct is interfering with their personal life.  If these allegations are true, then I am instructing you to immediately cease and desist any harassing communication as set forth under Section 42.07 of the Texas Penal Code.  Communications sent in a manner that is reasonably likely to harass, annoy, abuse, torment, embarrass or offend, constitute criminal harassment under the Texas Penal Code. Continued unlawful conduct on your part could result in civil lawsuits, protective/restraining orders and/or criminal charges being filed against you.

The victim has asked that you stop communication with them, by means of blocking your communication. Your refusal to comply with the victim's request and your continued engagement in the unlawful conduct specified above, will be a violation of the **Texas Penal Code, Section 42.07 Harassment.** Your actions **could result** in criminal penalties being brought against you, which could include confinement and/or fines. This also applies to using others to communicate with the victim on your behalf.

It is recommended that you immediately comply with this notice.  If any confusion remains regarding the potential consequences of ignoring this notice, you are advised to seek the advice of an attorney.  If you have any questions in regards to this investigation you may do so by calling (512) 854-8425 to speak with a supervisor.

**Detective K. Krumpfer #4871**
**Travis County Sheriff's Office / Criminal Investigation Unit**
**Kreg.Krumpfer@traviscountytx.gov**



*Safety, Integrity, Tradition of Service*