UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **PAMELA DE SOMOV,** *Plaintiff* | § § § | |
| **v.** | § § | No. 1:25-CV-00717-RP-DH |
| **JULIE BARNES and MARGARET SANO a/k/a MEG SANO,** *Defendants* | § § § § | |

**ORDER SETTING STATUS CONFERENCE**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **STATUS CONFERENCE VIA ZOOM** for 15 minutes on **Wednesday, October 8, 2025 at 10:00 AM**. Court staff will be in contact with the parties prior to the hearing with the details needed for connecting to the conference. Finally, all future pleadings should be filed with "DH" after the cause number, as reflected above.

SIGNED October 2, 2025.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE