AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| PAMELA DE SOMOV, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-CV-00717-RP-DH |
| JULIE ANNE BARNES, AKA JULIE BARNES, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Pamela De Somov                                                                          .

Date:   10/15/2025

/s/ Mark Speegle
*Attorney's signature*

Mark Speegle (BN 24117198)
*Printed name and bar number*
401 South 1st Street
Suite 1300
Austin, Texas 78704-1296

*Address*

mark.speegle@bakerbotts.com
*E-mail address*

(512) 322-2500
*Telephone number*

(512) 322-2501
*FAX number*