AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| PAMELA DE SOMOV, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-CV-00717-RP-DH |
| JULIE ANNE BARNES, AKA JULIE BARNES, ET AL. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Pamela De Somov.

Date: 10/15/2025

/s/ Mary Margaret Roark
*Attorney's signature*

Mary Margaret Roark (BN 24102418)
*Printed name and bar number*
401 South 1st Street
Suite 1300
Austin, Texas 78704-1296

*Address*

Marymargaret.Roark@bakerbotts.com
*E-mail address*

(512) 322-2500
*Telephone number*

(512) 322-2501
*FAX number*