IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **PAMELA DE SOMOV,**  *Plaintiff*, | § § § |
| vs. | §  CASE NO. 1:25-CV-00717-RP-DH |
| | § |
| **JULIE BARNES and MARGARET SANO,**  *Defendants*. | § § § |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Austin L. Jones, with the law firm of McGinnis Lochridge LLP, hereby enters his appearance as counsel for Defendants Julie Barnes and Margaret Sano (collectively "Defendants") and requests that any correspondence; motions; pleadings; notices given, or required to be given; papers served, or required to be served; or any other documents in this case directed to Defendants be served upon Austin L. Jones at the undersigned address.

Respectfully submitted,

**MCGINNIS LOCHRIDGE LLP**
1111 West Sixth Street, Building B, Suite 400
Austin, Texas 78703
512.495.6000 (telephone)
512.495.6093 (telecopier)
ajones@mcginnislaw.com

By:   */s/ Austin Jones*
        AUSTIN JONES
        State Bar No. 24116579

*Attorneys for Defendants Julie Barnes and Margaret Sano*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on the 15th day of October, 2025, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system and that the CM/ECF system will provide service of such filing via Notice of Electronic Filing to the following parties:

Mark Speegle
Emily Pyclik
Mary Margaret Roark
BAKER BOTTS
401 South First Street, Suite 1300
Austin, Texas 78704-1296
mark.speegle@bakerbotts.com
emily.pyclik@bakerbotts.com
marymargaret.roark@bakerbotts.com
***Attorneys for Plaintiff Pamela De Somov***

                                        */s/ Austin Jones*
                                        AUSTIN JONES