IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PAMELA DE SOMOV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-717-RP |
| | § | |
| JULIE BARNES and MARGARET SANO, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Dustin Howell concerning Defendants Julie Barnes and Margaret Sano's (together, "Defendants") Motion for Summary Judgment. (Dkt. 132). (Dkt. 146). Pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rules 1(c) and 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Howell issued his report and recommendation on July 28, 2026. (*Id.*). Defendant Barnes timely filed objections to the report and recommendation, in which she objected to the Magistrate Judge's recommendation that the Court deny summary judgment on Plaintiff Pamela de Somov's ("Plaintiff") business disparagement claim. (Objs., Dkt. 147). Plaintiff filed a response to Defendant Barnes' objections. (Resp., Dkt. 148).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Barnes timely objected to part of the report and recommendation, the Court reviews that part of the report and recommendation *de novo* and will review the remaining portion of the report and recommendation for clear error.

Having done so and for the reasons in the report and recommendation, the Court overrules Barnes' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of the United States Magistrate Judge, (Dkt. 146), is **ADOPTED**.

**IT IS ORDERED** that Defendants' Motion for Summary Judgment, (Dkt. 132), is **DENIED**.

**SIGNED** on August 27, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE