**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **PAMELA DE SOMOV,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **No. 1:25-CV-00717-RP** |
| **JULIE BARNES AND** | § | |
| **MARGARET SANO,** | § | |
| *Defendants* | § | |
| | § | |

**ORDER SETTING TELEPHONE CONFERENCE**

**IT IS ORDERED** that the parties are **TO APPEAR** for a telephone status conference before the undersigned on **Friday, September 11 2026, at 2 pm.** The parties are directed to use the below dial-in information:

**Please call in 5 minutes prior to start of the conference.**

1. Toll free number: (855) 244-8681
2. Meeting Number: 2311 915 5981

SIGNED September 9, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE