IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PAMELA DE SOMOV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-717-RP |
| | § | |
| JULIE BARNES, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court are Defendant Julie Barnes' ("Defendant") Objections, (Dkt. 164), to Plaintiff Pamela de Somov's ("Plaintiff") Proposed Exhibits, (Dkt. 160-4), for the upcoming trial commencing on September 14, 2026. As indicated at the Final Pretrial Conference held on September 8, 2026, and via email to the Court shortly afterwards, the parties specifically seek the Court's ruling on Defendant's Objections to Plaintiff's Proposed Exhibits P-2, P-3, P-4, P-5, P-6, P-8, P-9, P-10, P-11, and P-40. The parties also informed the Court that they could not reach a resolution regarding Defendant's Motion in Limine No. 1, (*see* Dkt. 157-5, at 3–4).

As to P-2, P-3, P-4, P-5, P-6, P-11, and P-40, as well as Defendant's Motion in Limine No. 1, the Court will **CARRY** Defendant's objections and Motion in Limine No. 1 to trial. Defendant may re-urge her objections to these exhibits and the arguments within her Motion in Limine No. 1 as necessary during trial.

As to P-8, P-9, and P-10, the Court finds that these exhibits appear to contain information sufficiently incorporated by reference in Plaintiff's Second Amended Complaint, (Dkt. 113), such that the Court will not exclude them from the potential evidence to be introduced at trial at this time. Thus, the Court will also **CARRY** these objections to trial, where Plaintiff may present these

exhibits with more context and Defendant may re-urge her objections to these and any other exhibits, if necessary.

**SIGNED** on September 9, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE