FILED

SEP 15 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____________
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PAMELA DE SOMOV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-717-RP |
| | § | |
| JULIE BARNES and MARGARET SANO, | § | |
| | § | |
| Defendants. | § | |

**VERDICT FORM**

Answer each question as directed. Follow the routing directions associated with each question that are in italics.

**QUESTION NO. 1 (de Somov's Claim for Defamation):**

Did de Somov prove that Barnes is liable for defamation?

Answer "Yes" or "No."

Answer: Yes

*If you answered "Yes" to Question No. 1, then answer Question No. 2. Otherwise, do not answer Question No. 2, and proceed to Question No. 3.*

**QUESTION NO. 2 (Defamation – Damages):**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate de Somov for her injuries, if any, that were proximately caused by the defamation?

Answer separately, in dollars and cents, for damages, if any.

a. de Somov's economic damages:

Answer: $ Ø

b. de Somov's non-economic damages:

Answer: $ Ø

*Proceed to Question No. 3.*

**<u>QUESTION NO. 3</u> (de Somov's Claim for Business Disparagement):**

Did de Somov prove that Barnes is liable for business disparagement?

Answer "Yes" or "No."

Answer: <u>No</u>

*If you answered "Yes" to Question No. 3, then answer Question No. 4. Otherwise, do not answer Question No. 4, and proceed to Question No. 5.*

**<u>QUESTION NO. 4</u> (Business Disparagement – Damages):**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate de Somov for her actual pecuniary loss, if any, that was proximately caused by the business disparagement?

Answer in dollars and cents, for damages, if any.

Answer: $__________

*Proceed to Question No. 5.*

**<u>QUESTION NO. 5</u> (de Somov's Claim for Tortious Interference):**

Did de Somov prove that Barnes is liable for tortious interference with de Somov's contract with Edge Home?

Answer "Yes" or "No."

Answer: <u>No</u>

*If you answered "Yes" to Question No. 5, then answer Question No. 6. Otherwise, do not answer Question No. 6 and read the following routing instruction.*

*If you did not answer "Yes" to Question No. 5, but you did answer "Yes," to either Question No. 1 and/or Question No. 3, then proceed to Question No. 7.*

*If you did not answer "Yes," to any of Question Nos. 1, 3, and/or 5, then stop here, do not answer any more questions, and sign the verdict form.*

**<u>QUESTION NO. 6</u> (Tortious Interference – Damages):**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate de Somov for her damages, if any, that were proximately caused by the tortious interference?

Answer in dollars and cents, for damages, if any.

Answer: $____________________

*If you answered "Yes," to any of Question Nos. 1, 3, and/or 5, then proceed to Question No. 7.*

*If you did not answer "Yes," to any of Question Nos. 1, 3, and/or 5, then do not answer any more questions, and sign the verdict form.*

**<u>QUESTION NO. 7</u> (Exemplary Damages – Predicate)**

Do you find by clear and convincing evidence that the harm to de Somov resulted from Barnes' malice or gross negligence?

Answer "Yes" or "No."

Answer: Yes

*If you answered "Yes" to Question No. 7, then proceed to Question No. 8. If you did not answer "Yes" to Question No. 7, then stop here, do not answer any additional questions, and sign the verdict form.*

**<u>QUESTION NO. 8</u> (Exemplary Damages – Amount)**

What sum of money, if any, should be assessed against Barnes and awarded to de Somov as exemplary damages?

Answer in dollars and cents, if any: $10,000.

*Turn to the following page and sign the verdict form.*

**CERTIFICATE OF THE PRESIDING JUROR**

When you have answered every question that you are required to answer, and when your Presiding Juror agrees that each answer reflects the unanimous verdict of the jury, your Presiding Juror must sign and date below and inform the bailiff that you have reached a verdict.

We, the jury, have answered the above and foregoing questions as herein indicated, and by our unanimous vote.

[redacted]

PRESIDING JUROR

Date: Sept. 15, 2026