IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PAMELA DE SOMOV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-717-RP |
| | § | |
| | § | |
| JULIE BARNES and MARGARET SANO, | § | |
| | § | |
| Defendants | § | |

**ORDER**

Before the Court is Plaintiff Pamela de Somov ("Plaintiff") and Defendant Julie Barnes' ("Defendant") (collectively, the "Parties") Joint Motion to Seal Trial Exhibits, (Dkt. 183). The Parties ask the Court to Seal Plaintiff Trial Exhibit No. P-17, and Defendant Trial Exhibit Nos. D-1, D-7, and D-8. (Dkt. 183). The Court first notes that at trial, it sealed Defendant Trial Exhibits Nos. D-1 and D-7. (Exs. Log, Dkt. 181). The Court further notes that the Defendant Trial Exhibit No. 8 referenced in the Joint Motion does not correspond with an exhibit admitted at trial. (*Id.*). As such, the Court cannot consider the request to seal Defendant Trial Exhibit No. 8. However, finding good cause based on the Parties' representation that Plaintiff Trial Exhibit No. P-17 references material designated Confidential and/or Attorneys' Eyes Only under the Protective Order entered by the Court, (Dkt. 128), the Court will grant the Joint Motion to Seal Trial Exhibits in part.

Accordingly, **IT IS ORDERED** that the Joint Motion to Seal Trial Exhibits, (Dkt. 183), is **GRANTED** such that the Clerk of the Court shall **SEAL** Plaintiff Trial Exhibit No. P-17, (Dkt. 181). **IT IS FURTHER ORDERED** that the Clerk of the Court shall maintain Defendant's Trial Exhibit Nos. D-1 and D-7, under seal, (Dkt. 181).

**SIGNED** on October 9, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE